UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TERRANCE WILLIAMS, | No. 12-CV-02051 NJV |
| Plaintiff, | ORDER DISMISSING ACTION |
| v. | |
| REAL TIME RESOLUTIONS, INC., et al., | |
| Defendants. | |

On July 31, 2012, Plaintiff filed a notice of voluntary dismissal with prejudice of this action. (Docket No. 6.) No Defendant has yet appeared in this action. Dismissal is therefore proper pursuant to Rule 41(a)(1)(A), Federal Rules of Civil Procedure. Accordingly, this action is HEREBY DISMISSED with prejudice. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated: July 31, 2012

NANDOR J. VADAS
United States Magistrate Judge